|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | NATALIE HANLON-LEH (*pro hac vice*)                             |
| 2  | FELICIA J. BOYD (*pro hac vice*)                                |
|    | NINA Y. WANG (*pro hac vice*)                                   |
| 3  | FAEGRE & BENSON LLP                                             |
|    | 3200 Wells Fargo Center                                         |
| 4  | 1700 Lincoln Street                                             |
|    | Denver, Colorado 80203                                          |
| 5  | Telephone:   (303) 607-3500                                     |
|    | Facsimile:   (303) 607-3600                                     |

MARTIN R. GLICK (Bar No. 40187)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   (415) 434-1600
Facsimile:   (415) 217-5910

Attorneys for Plaintiff
GENETIC TECHNOLOGIES LIMITED

Matthew D. Powers (Bar No. 104795)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Nicholas Groombridge (*pro hac vice*)
John D. Garretson (*pro hac vice*)
Adrian Suehee Shin (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendant
APPLERA CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| GENETIC TECHNOLOGIES LIMITED, | Case No. C-03-01316 PJH |
|---|---|
| Plaintiff, |  |
| v. | **STIPULATED REVISED CASE SCHEDULE AND [PROPOSED] ORDER** |
| APPLERA CORPORATION |  |
| Defendant. |  |

STIPULATED REVISED CASE SCHEDULE AND
[PROPOSED] ORDER

Case No. C-03-01316 PJH

In its May 23, 2005 Notice and Order Setting Further Settlement Conference, the Court scheduled a Further Settlement Conference to take place on August 16, 2005, with briefing due on August 2. In light of the Further Settlement Conference and ongoing extensive discovery still to be completed, the parties to the above-entitled action jointly submit this Revised Case Schedule and Proposed Order and request that the Court amend the November 8, 2004 Case Management Stipulation and Order as follows:

| | |
|---|---|
| Final Invalidity Contentions | June 22, 2005 |
| Early Motion for Summary Judgment Opening Brief | July 20, 2005 |
| Fact discovery deadline | July 22, 2005 |
| Updated Settlement Conference Briefs | August 2, 2005 |
| Response to Early Motion for Summary Judgment | August 3, 2005 |
| Reply Brief to Early Motion for Summary Judgment | August 10, 2005 |
| Further Settlement Conference | August 16, 2005 |
| ~~Hearing on Early Motion for Summary Judgment~~ | ~~September 7, 2005~~ pjh |
| Expert disclosures | September 7, 2005 |
| Rebuttal expert disclosures | October 7, 2005 |
| Expert discovery deadline | November 7, 2005 |

The proposed schedule does not change the remaining dates for further dispositive motions, Joint Pretrial Statement/ Trial Briefs, Pretrial Conference or the trial date.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: May 27, 2005            _____ /As by permission |
| 4 | Natalie Hanlon-Leh<br>Counsel for Plaintiff<br>GENETIC TECHNOLOGIES LIMITED |

Dated: May 27, 2005

_____
Adrian Suehee Shin
Counsel for Defendant
APPLERA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: June 1, 2005 _____
PHYLLIS J. HAMILTON
United States District Judge

STIPULATED REVISED CASE SCHEDULE AND
[PROPOSED] ORDER

Case No. C-03-01316 PJH