**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENETIC TECHNOLOGIES LIMITED,

    Plaintiff,

    v.

APPLERA CORPORATION,

    Defendant.

_____/

No. C 03-1316 PJH

**ORDER GRANTING PLAINTIFF'S REQUEST TO SUPPLEMENT INFRINGEMENT CONTENTIONS**

Before this court is plaintiff GTG's request to supplement its preliminary infringement contentions, pursuant to Pat. L. R. 3-7, to allege infringement claims against the following of defendant Applera's products: 1) Applera Genome Initiative; 2) SNPbrowser; 3) AmpFISTR; 4) Rheumatoid Arthritis; 5) Myocardial Infarction; 6) Alzheimer's disease; 7) SNPlex; 8) Assays on Demand; and 9) Assays-by-Design. Applera filed an opposition, in which it objects only to the addition of the AmpFISTR product.

Good cause appearing, plaintiff's request to supplement its preliminary infringement contentions is GRANTED, including its request to add infringement claims based on the AmpFISTR product.[1] Claim construction will not be reopened.

**IT IS SO ORDERED.**

Dated: June 3, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] The court finds this motion appropriate for decision without oral argument as permitted by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78. See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) (holding that the court's consideration of the moving and opposition papers is deemed an adequate substitute for a formal hearing), cert. denied, 503 U.S. 920 (1992). The June 8, 2005 hearing is VACATED.