**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENETIC TECHNOLOGIES LTD.,

    Plaintiff,

No. C 03-1316 PJH

v.

**CLARIFICATION OF REVISED STIPULATED PRETRIAL SCHEDULE**

APPLERA CORPORATION,

    Defendant.

_____/

The parties have submitted a stipulated clarification of their revised stipulated pretrial schedule. Having reviewed the proposed schedule more closely, the court has modified the proposed briefing schedule for dispositive motions to comport with the regular law and motion calendar and this court's availability. No further modifications will be entertained:

| | |
|---|---|
| Final Invalidity Contentions | June 22, 2005 |
| Fact Discovery Deadline | July 22, 2005 |
| Updated Settlement Conference Briefs | August 2, 2005 |
| Further Settlement Conference | August 16, 2005 |
| Expert Disclosures | September 7, 2005 |
| Rebuttal Expert Disclosures | October 7, 2005 |
| Dispositive Motions Filed | October 19, 2005 |
| Expert Discovery Deadline | November 7, 2005 |
| Responses To Dispositive Motions | November 9, 2005 |
| Replies To Dispositive Motions | November 23, 2005 |
| Hearing On Dispositive Motions | December 7, 2005 |
| Joint Pretrial Statement/Trial Briefs | March 6, 2006 |

| | |
|---|---|
| Pretrial Conference | April 6, 2006 at 2:30 p.m. |

**IT IS SO ORDERED.**

Dated: June 8, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

2