IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENETIC TECHNOLOGIES,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLERA CORPORATION,<br><br>        Defendant.<br>_____/ | No. C-03-01316 PJH (EDL)<br><br>**ORDER RE: DISCOVERY DISPUTE** |

    On June 30, 2005, the parties contacted the Court regarding a discovery dispute that had come up during a third party witness deposition. The issue was whether questions about the business and financial relationship between the witness' company and Defendant were proper. The Court held a telephone conference to address the dispute.

    General questions, such as the nature of the former, current and potential future business relationship and the amount of money transferred to the witness and his company from Defendant, are proper and relevant to bias. Questions about the details of specific products and services provided by the witness' company to Defendant are not. Testimony on these issues is subject to the attorney's eyes only provision of the parties' protective order, as agreed by the parties, unless modified by further order of the Court.

    **IT IS SO ORDERED.**

Dated: June 30, 2005

                                                                                           */s/ Elizabeth D. Laporte*
                                                                                      ELIZABETH D. LAPORTE
                                                                                      United States Magistrate Judge