**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENETIC TECHNOLOGIES LIMITED,

    Plaintiff,

    v.

APPLERA CORPORATION,

    Defendant.
_____/

No. C 03-1316 PJH

**ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Before this court is plaintiff's request to file exhibits I and J in support of its reply brief in support of its motion to supplement preliminary infringement contentions. The request is DENIED.

The court will not grant a request based solely on the ground that the opposing party has designated the document as confidential. Pursuant to Civ. L. R. 79-5(d), after the requesting party has lodged the document under seal, the party that originally designated the document as confidential (here, Applera) must file within five days a declaration showing good cause for the designation, or the document will be made part of the public record. It is not sufficient for the party to state conclusorily that the information meets standards for non-disclosure; rather, the party must articulate, even generally, the reasons why good cause for sealing exists.

The parties shall revise and resubmit the proposed order in accordance with this order. If no revision is received by July 22, 2005, the court will simply enter Exhibits I and J into the public record.

**IT IS SO ORDERED.**

Dated: July 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge