1  NATALIE HANLON-LEH (*pro hac vice*)
   NINA Y. WANG (*pro hac vice*)
2  MARK W. FISCHER (*pro hac vice*)
   FAEGRE & BENSON LLP
3  3200 Wells Fargo Center
   1700 Lincoln Street
4  Denver, Colorado 80203
   Telephone:   (303) 607-3500
5  Facsimile:   (303) 607-3600

6  MARTIN R. GLICK (Bar No. 40187)
   HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
7  A Professional Corporation
   Three Embarcadero Center, 7th Floor
8  San Francisco, California 94111-4024
   Telephone:   (415) 434-1600
9  Facsimile:   (415) 217-5910
   Attorneys for Plaintiff
10 GENETIC TECHNOLOGIES LIMITED

11
   MATTHEW D. POWERS (Bar No. 104795)
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, California 94065
   Telephone: (650) 802-3000
14 Facsimile: (650) 802-3100

15 NICHOLAS GROOMBRIDGE (*pro hac vice*)
   JOHN D. GARRETSON (*pro hac vice*)
16 ADRIAN SUEHEE SHIN (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
17 767 Fifth Avenue
   New York, New York 10153
18 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
19 Attorneys for Defendant
   APPLERA CORPORATION
20

E-Filing

21                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
22                          SAN FRANCISCO DIVISION

23 | GENETIC TECHNOLOGIES LIMITED,   | Case No. C-03-01316 PJH (JCS)
24 |          Plaintiff,              | Honorable Phyllis J. Hamilton
25 |     v.                           |
   |                                  | **ORDER GRANTING ENLARGEMENT
26 | APPLERA CORPORATION              | OF TIME TO COMPLETE
   |                                  | DEPOSITIONS**
27 |          Defendant.              |

28

1  Upon consideration of the parties' Stipulation for ENLARGEMENT OF TIME TO
2  COMPLETE DEPOSITIONS, the Court GRANTS the parties' request for additional time within
3  which to complete the fact depositions in this case and EXTENDS the deadline for completing
4  such fact depositions to August 12, 2005. In addition, the Court GRANTS the parties' request
5  that the deposition of Dr. Brian Henderson, M.D. occur on September 16, 2005. No further
6  written discovery may be propounded to the opposing party during the enlarged period for taking
7  depositions of fact witnesses. Nonetheless, upon consideration of the parties' stipulation
8  regarding time to supplement written discovery responses, the Court GRANTS the parties'
9  request that they shall have until July 29, 2005, to supplement existing written discovery
10 responses. In addition, the enlargement granted herein does is not change the discovery
11 obligations (subject to pending motions) of the parties other than those expressly set forth in this
12 order and no other deadlines established by the June 8, 2005, Clarification of Revised Stipulated
13 Pretrial Schedule will be modified or affected by this enlargement of time.
14 
15 IT IS SO ORDERED.
16 
17 _____
18 Honorable Phyllis J. Hamilton
   United States District Judge
19 DNVR1:60310228.03
20
21
22
23
24
25
26
27
28

2

ORDER GRANTING ENLARGEMENT OF                                           Case No. C-03-01316 PJH (JCS)
TIME TO COMPLETE DEPOSITIONS