NATALIE HANLON-LEH (*pro hac vice*)
FELICIA J. BOYD (*pro hac vice*)
NINA Y. WANG (*pro hac vice*)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone:    (303) 607-3500
Facsimile:      (303) 607-3600

MARTIN R. GLICK (Bar No. 40187)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    (415) 434-1600
Facsimile:      (415) 217-5910

Attorneys for Plaintiff
GENETIC TECHNOLOGIES LIMITED

Matthew D. Powers (Bar No. 104795)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Nicholas Groombridge (*pro hac vice*)
John D. Garretson (*pro hac vice*)
Adrian Suehee Shin (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Defendant
APPLERA CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED,<br><br>           Plaintiff,<br>     v.<br><br>APPLERA CORPORATION<br><br>           Defendant. | Case No. C-03-01316 PJH<br><br>**STIPULATED REVISED CASE SCHEDULE AND** [~~PROPOSED~~] **ORDER**<br><br>~~UNCONDITIONAL~~ |

STIPULATED REVISED CASE SCHEDULE AND
[PROPOSED] ORDER                                                                                           Case No. C-03-01316 PJH

Pursuant to Magistrate Judge Spero's Orders dated August 17, September 9 and October 5, 2005, the parties to the above-entitled action have reached a settlement in principle and ceased litigation activities while negotiating a term sheet. On October 13, 2005, the parties executed a Confidential Term Sheet and submitted it to Judge Spero. The parties are now working diligently to finalize a binding Settlement Agreement, as well as attendant licenses and a supply agreement. The parties anticipate that these documents will be finalized and signed no later than November 9, 2005.

        In light of these developments, the parties respectfully request that the Court amend the June 8, 2005 Revised Stipulated Pretrial Schedule to vacate the current dates for expert disclosures, expert discovery, and dispositive motions. If a stipulated motion to dismiss this action is not filed on or before November 11, 2005, the parties respectfully request that the Court schedule a status conference thereafter to set revised dates for expert disclosures, expert discovery, and dispositive motions. The parties do not contemplate that any such revisions would change the currently-scheduled dates for the Joint Pretrial Statement/Trial Briefs, Pretrial Conference or the trial date.

Respectfully submitted,

Dated: October 19, 2005

Natalie Hanlon-Leh
Counsel for Plaintiff
GENETIC TECHNOLOGIES LIMITED

Dated: October 19, 2005

Nicholas Groombridge
Counsel for Defendant
APPLERA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: __October 24__, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge