```
NATALIE HANLON-LEH (pro hac vice)
FELICIA J. BOYD (pro hac vice)
NINA Y. WANG (pro hac vice)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone:   (303) 607-3500
Facsimile:   (303) 607-3600

MARTIN R. GLICK (Bar No. 40187)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   (415) 434-1600
Facsimile:   (415) 217-5910

Attorneys for Plaintiff
GENETIC TECHNOLOGIES LIMITED

Matthew D. Powers (Bar No. 104795)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Nicholas Groombridge (pro hac vice)
John D. Garretson (pro hac vice)
Adrian Suehee Shin (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Defendant
APPLERA CORPORATION
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED,<br><br>    Plaintiff,<br>v.<br><br>APPLERA CORPORATION<br><br>    Defendant. | Case No. C-03-01316 PJH<br><br>**THIRD STIPULATED REVISED CASE SCHEDULE AND [PROPOSED] ORDER** |

The parties to the above-entitled action have reached a settlement in principle and ceased litigation activities while negotiating a term sheet. On October 13, 2005, the parties executed a Confidential Term Sheet and worked diligently to finalize a binding Settlement Agreement, as well as attendant licenses and a supply agreement. The parties originally anticipated that these documents could be finalized and executed by November 9, 2005 and that a stipulation motion to dismiss the action could be filed on or before November 11, 2005. Accordingly, the parties filed a Stipulation on October 19, 2005 and requested that the Court amend the June 8, 2005 Revised Stipulated Pretrial Schedule to vacate the current dates for expert disclosures, expert discovery, and dispositive motions. In the Stipulation, the parties requested that if a stipulated motion to dismiss this action was not filed on or before November 11, 2005, the Court schedule a status conference thereafter to set revised dates for expert disclosures, expert discovery, and dispositive motions. Pursuant to the parties' Stipulation, the Court granted the Order on October 28, 2005. On November 11, 2005, the parties filed a Second Stipulation and Revised Case Schedule stating the parties would endeavor to complete and execute the agreements by November 22, 2005.

The parties continued to work on the settlement documentation, but were unable to complete and execute such agreements by November 22. As a result, a stipulated motion to dismiss this action will not be filed on or before November 22, 2005. The parties will endeavor to complete and execute the agreements by December 5, 2005 and respectfully request that the Court allow the parties additional time to complete the drafting of such agreements before scheduling a status conference. The parties do not contemplate that this additional time would change the currently-scheduled dates for the Joint Pretrial Statement/Trial Briefs, Pretrial Conference or the trial date.

1  Respectfully submitted,

2
3  Dated: November 22, 2005

                                         Natalie Hanlon-Leh
4                                           Counsel for Plaintiff
                                         GENETIC TECHNOLOGIES LIMITED

5

6
7  Dated: November 22, 2005

                                         John D. Garretson  *with permission*
8                                           Counsel for Defendant
                                         APPLERA CORPORATION

9
10
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED,

13
14  DATED: ___November 28___, 2005

15                                           PHYLLIS J. HAMILTON
                                         United States District Judge

16  DNVR1:60325042.01

17
18
19
20
21
22
23
24
25
26
27
28