NATALIE HANLON-LEH (*pro hac vice*)
NINA Y. WANG (*pro hac vice*)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

MARTIN R. GLICK (Bar No. 40187)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910

Attorneys for Plaintiff
GENETIC TECHNOLOGIES LIMITED

Matthew D. Powers (Bar No. 104795)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Nicholas Groombridge (*pro hac vice*)
John D. Garretson (*pro hac vice*)
Adrian Suehee Shin (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
APPLERA CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br>v.<br><br>APPLERA CORPORATION<br><br>Defendant. | Case No. C-03-01316 PJH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL      Case No. C-03-01316 PJH (EDL)

**Stipulation**

Plaintiff and Counterclaim Defendant Genetic Technologies Limited. ("GTG") and Defendant and Counterclaimant Applera Corporation ("Applera"), by and through their undersigned attorneys, do hereby stipulate and jointly move the Court to dismiss any and all claims asserted by GTG against Applera, and dismiss any and all claims asserted by Applera against GTG. All claims are to be dismissed with prejudice, except to the extent any rights are reserved under the Settlement Agreement between the parties in which case the dismissal shall be without prejudice with respect to such reserved rights. Each party shall bear its own costs and disbursements.

This dismissal is made pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: December 20, 2005

Natalie Hanlon-Leh
Counsel for Plaintiff
GENETIC TECHNOLOGIES LIMITED

Dated: December 20, 2005

Nicholas Groombridge
Counsel for Defendant
APPLERA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: December 30, 2005

PHYLLIS J. HAMILTON
United States District Judge